1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. 13-588 SI
14                                     )
             Plaintiff,                )   [PROPOSED] STIPULATED  ORDER
15                                     )   CONTINUING STATUS CONFERENCE
        v.                             )
16                                     )
   NICOMEDES MEDINA,                   )
17     a/k/a "Nico",,                  )
                                       )
18           Defendant.                )
   _____)
19

20

21

22

23

24

25

26

27

28

1    The above-captioned case is currently scheduled for a status conference on December 11, 2013.

2  However, counsel for the defendant will be travelling out of the district on that date.  Accordingly, the

3  parties jointly request that the status conference be continued to December 17, 2013 at 11:00 a.m.

4    Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act

5  calculations from December 11 through December 17, 2013 for continuity of counsel.

6    The parties agree that the ends of justice served by granting such a continuance outweighed the

7  best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

8    Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days

9  remaining before the trial in this case must commence.

10

11  IT IS SO STIPULATED.

12

13  DATED 12-5-13                          MELINDA HAAG
                                           United States Attorney
14                                         Northern District of California

15

16                                              /s/
                                           MATTHEW L. McCARTHY
                                           Assistant United States Attorney
17

18

19                                              /s/
   DATED 12-5-13                          ERIC SAFIRE
20                                         Attorney for NICOMEDES MEDINA

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED  ORDER CONTINUING STATUS CONFERENCE
CR 13-588 SI

**[PROPOSED] ORDER**

For good cause shown, this matter shall be added to the Court's calendar on December 17, 2013 at 11:00 a.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from December 11 through December 17, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED    12/9/13

HON. SUSAN ILLSTON
United States District Court Judge

[PROPOSED] STIPULATED  ORDER CONTINUING STATUS CONFERENCE
CR 13-588 SI