MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-588 SI |
| Plaintiff, | [~~PROPOSE~~D] STIPULATED ORDER CONTINUING STATUS HEARING |
| v. | |
| NICOMEDES MEDINA, a/k/a "Nico", | |
| Defendant. | |

1  The above-captioned case is currently scheduled for a status conference on March 7, 2014.
2  However, newly-appointed counsel for the defendant is unavailable on that date, and needs additional
3  time to prepare.  Accordingly, the parties jointly request that the matter be continued to the Court's
4  normally-scheduled calendar on Friday, March 14, 2014 at 11:00 a.m. for a status hearing.

5  Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act
6  calculations from February 28 (the date new counsel was appointed) through March 14, 2014 for
7  effective preparation and continuity of counsel.

8  The parties agree that the ends of justice served by granting such a continuance outweighed the
9  best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

10  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days
11  remaining before the trial in this case must commence.

13  IT IS SO STIPULATED.

15  DATED 3-5-14                    MELINDA HAAG
                                    United States Attorney
16                                  Northern District of California

18                                  _____/s/_____
                                    MATTHEW L. McCARTHY
                                    Assistant United States Attorney

21  DATED 3-5-14                    _____/s/_____
                                    RITA BELLE BOSWORTH
22                                  Attorney for NICOMEDES MEDINA

[PROPOSED] STIPULATED ORDER CONTINUING STATUS HEARING
CR 13-588 SI

**[PROPOSED] ORDER**

For good cause shown, this matter shall be added to the Court's calendar on March 14, 2014 at 11:00 a.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from February 28 through March 14, 2014 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED   3/6/14

_____
HON. SUSAN ILLSTON
United States District Court Judge